UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
          :
CONSTELLATION NEWENERGY INC.,        :
          :
         Plaintiff,        :
          :     20-CV-8448 (JMF)
     -v-         :
          :     <u>ORDER</u>
WEST SIDE MANHATTAN REAL ESTATE LLC,  :
          :
         Defendant..      :
          :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As discussed, and for the reasons stated, on the record at the conference conducted by telephone earlier today:

- Plaintiff is granted leave to amend the First Amended Complaint, ECF No. 12, to properly plead the existence of subject-matter jurisdiction pursuant to 28 U.S.C. § 1332.

- If Plaintiff determines that complete diversity between the parties does in fact exist, it shall file a Second Amended Complaint **no later than December 10, 2020.** If the parties are unable to determine whether complete diversity exists by that date, the parties shall file a joint letter proposing a path forward for resolving this question.

      SO ORDERED.

Dated: November 19, 2020
      New York, New York
                                         JESSE M. FURMAN
                                         United States District Judge