UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
               :
CONSTELLATION NEWENERGY INC.,     :
               :
           Plaintiff,     :
               :     20-CV-8448 (JMF)
     -v-     :
               :     <u>ORDER</u>
WEST SIDE MANHATTAN REAL ESTATE LLC,  :
               :
           Defendant.     :
               :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Defendant filed its Answer on January 25, 2021. ECF No. 27. On January 30, 2021, Defendant filed a Third-Party Complaint naming three third-party defendants. ECF No. 28. The Clerk of Court flagged the Third-Party Complaint for non-compliance with Rule 15 of the Federal Rules of Civil Procedure and instructed Defendants to obtain the Court's leave or the opposing party's written consent in order to re-file.

     This instruction was in error. Third-party pleadings, like that filed at ECF No. 28, are governed by Rule 14 of the Federal Rules of Civil Procedure, not Rule 15. And Rule 14(a)(1) allows a defendant to, as of right, "serve a summons and complaint on a nonparty who is or may be liable to it for all or part of the claim against it" so long as the third-party complaint is filed within fourteen days of the defendant's original answer. Fed. R. Civ. P. 14(a)(1). Here, Defendant's third-party complaint was filed five days after its answer, so leave of Court was not required, and the third-party complaint was properly filed.

     The Clerk of Court is directed to remove the error notice on ECF No. 28.

     SO ORDERED.

Dated: February 5, 2021
      New York, New York
                                                  JESSE M. FURMAN
                                           United States District Judge