UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CONSTELLATION NEWENERGY INC., :
:
Plaintiff, :
: 20-CV-8448 (JMF)
-v- :
: ORDER
WEST SIDE MANHATTAN REAL ESTATE LLC, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On February 16, 2021, on Defendant's consent, Plaintiff filed its Third Amended Complaint (the "TAC"). ECF No. 36. Although Defendant previously filed an answer, ECF No. 27, Defendant has not yet responded to the operative TAC. Defendant shall answer or otherwise respond to the operative TAC **no later than March 22, 2021**.

    SO ORDERED.

Dated: March 15, 2021
       New York, New York
                                                JESSE M. FURMAN
                                            United States District Judge