**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CONSTELLATION NEWENERGY, INC.,

       *Plaintiff*,

v.

WEST SIDE MANHATTAN REAL
ESTATE, LLC,

       *Defendant*.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WEST SIDE MANHATTAN REAL ESTATE, LLC,

       *Third-Party Plaintiff*,

v.

JOHN HAJJAR, M.D., REGENT MEDICAL
PROPERTIES LLC, and BARTON SCHACK,

       *Third-Party Defendants*.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ECF Case

No. 20 Civ. 8448 (JMF)

WHEREAS, on March 25, 2021, the Government submitted a motion and memorandum in support seeking to intervene in this action and seeking a stay of this action, in light of the pendency of a related criminal action *United States v. Barton Schack*, Crim No. 21-225 (D.N.J.) (the "Criminal Case"), in which an information has been filed and the investigation remains ongoing; and

WHEREAS, defendant West Side Manhattan Real Estate LLC and Third-Party Defendants Barton Schack, John Hajjar, M.D., and Regent Medical Properties LLC do not oppose this motion;

WHEREAS, plaintiff Constellation NewEnergy, Inc. does not take a position on this motion; and

WHEREAS, the Court finds that a complete stay in this action is in furtherance of the interests of justice and will not prejudice any party; it is hereby

**ORDERED** that the Government's motion to intervene is GRANTED; and

**ORDERED** that this action is stayed in its entirety 180 days ~~or, if within that 180-day period, an indictment is returned related to the currently pending Criminal Case, until the conclusion of the prosecution on the individual(s) charged in such indictment~~.  If the Government believes that a stay beyond that is warranted, it shall confer with counsel for all parties and file an a letter motion at least one week before the stay is due to expire.

SO ORDERED:

_____  
HONORABLE JESSE M. FURMAN  
UNITED STATES DISTRICT JUDGE

March 26, 2021  
_____  
DATE

The conference currently scheduled for May 13, 2021 is ADJOURNED *sine die*.  The Clerk of Court is directed to terminate ECF No. 57.