UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                                                                 :

CONSTELLATION NEWENERGY INC.,               :

                                  :

                    Plaintiff,          :

                                  :                20-CV-8448 (JMF)

         -v-                      :

                                  :                   ORDER

WEST SIDE MANHATTAN REAL ESTATE LLC, et  :
al.,                                   :

                    Defendants.   :

                                  :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's September 17, 2022 Order, ECF No. 61, this action was stayed for 180 days or, if an indictment was returned in the related criminal case, until the conclusion of the prosecution of any individuals charged in that indictment.  By **March 24, 2022**, the parties shall file a joint status letter informing the Court of the status of the criminal case and whether a further stay is necessary.

       SO ORDERED.

Dated: March 17, 2022
      New York, New York                          _____
                                           JESSE M. FURMAN
                                     United States District Judge