UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSTELLATION NEWENERGY INC.,<br><br>         Plaintiff,<br><br>    -against-<br><br>WEST SIDE MANHATTAN REAL ESTATE LLC, et al.,<br><br>         Defendants. | 1:20-cv-08448 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  WHEREAS the Court is in receipt of Intervenor United States of America's motion for an extension of the stay in this action (ECF No. 71), along with Plaintiff's opposition (ECF Nos. 69, 73) and Defendant's support (ECF No. 72) thereof.  IT IS HEREBY ORDERED that counsel for all parties shall appear for a conference on **November 22, 2022 at 10:30 a.m.** in Courtroom 20B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

Dated: October 7, 2022
    New York, New York

              SO ORDERED.

              *Jennifer Rochon*
              JENNIFER L. ROCHON
              United States District Judge