UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSTELLATION NEWENERGY INC., <br><br> Plaintiff, <br><br> -against- <br><br> WEST SIDE MANHATTAN REAL ESTATE LLC, et al., <br><br> Defendants. | 1:20-cv-08448 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

A conference is currently scheduled for November 22, 2022 at 10:30 a.m. for Intervenor United States of America (the "Government")'s Motion for an extension of the stay in this action. ECF No. 75. Accordingly, if there is information related to the Criminal Case, as that term is defined in the Government's moving paper (ECF No. 71), that the Government believes the Court should consider with respect to the Motion and that the Government cannot disclose publicly, the Government shall file an *ex parte* letter with that information no later than **November 9, 2022**.

Dated: October 26, 2022
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge