UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONSTELLATION NEWENERGY INC.,

                          Plaintiff,

-against-

WEST SIDE MANHATTAN REAL ESTATE LLC, et al.,

                          Defendants.

---

WEST SIDE MANHATTAN REAL ESTATE, LLC,

                          Third-Party Plaintiff,

-against-

JOHN HAJJAR, et al.,

                          Third-Party Defendants.

1:20-cv-08448 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

      For the reasons stated on the record at the November 22, 2022 conference, the Government's Letter-Motion for a 180-day extension of the stay in this case is GRANTED.  *See* ECF No. 71.  Accordingly, the stay in this case is extended to **May 22, 2023**.  If, before May 22, 2023, the Government determines that the stay is no longer warranted, it shall notify the Court promptly.  If the Government seeks a stay beyond May 22, 2023, it shall confer with counsel for all parties and file a letter motion by **May 8, 2023**.

Dated: November 22, 2022
         New York, New York

                                                   SO ORDERED.

                                                   *Jennifer Rochon*
                                                   JENNIFER L. ROCHON
                                                   United States District Judge