UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONSTELLATION NEWENERGY INC.,

                Plaintiff,

-against-

WEST SIDE MANHATTAN REAL ESTATE LLC, et al.,

                Defendants.

---

WEST SIDE MANHATTAN REAL ESTATE, LLC,

                Third-Party Plaintiff,

-against-

JOHN HAJJAR, et al.,

                Third-Party Defendants.

1:20-cv-08448 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    The stay in this case expired on May 22, 2023. ECF No. 78. Accordingly, the parties shall submit a joint letter by **June 1, 2023**, updating the Court on the status of the case and proposing next steps.

Dated: May 23, 2023
       New York, New York

                                              SO ORDERED.

                                              *Jennifer Rochon*
                                              JENNIFER L. ROCHON
                                              United States District Judge