UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONSTELLATION NEWENERGY INC.,

Plaintiff,

v.

WEST SIDE MANHATTAN REAL ESTATE
LLC,

Defendant.

20-CV-8448 (DEH)

ORDER

DALE E. HO, United States District Judge:

Due to unforeseen circumstances, the case management conference scheduled to take place on July 22, 2024 at 10:30 a.m. (E.T.) is **ADJOURNED** to **July 26, 2024, at 10:30 a.m. (E.T.)**.  The parties shall join the conference by dialing (646) 453-4442 and entering the conference ID: 365 580 254, followed by the pound sign (#).

SO ORDERED.

Dated: July 19, 2024
New York, New York

DALE E. HO
United States District Judge