UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSELLATION NEWENERGY, INC.,<br><br>               Plaintiff,<br><br>                  v.<br><br>WEST SIDE MANHATTAN REAL ESTATE, LLC,<br><br>               Defendant,<br><br>WEST SIDE MANHATTAN REAL ESTATE, LLC,<br><br>               Third-Party Plaintiff,<br><br>                  v.<br><br>JOHN HAJJAR, M.D., REGENT MEDICAL PROPERTIES LLC, and BARTON SCHACK,<br><br>               Third-Party Defendants. | 20-CV-8448 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On September 16, 2024, the Court received a motion from Defendant requesting the Court strike Plaintiff's oversized responsive briefing, *see* ECF No. 126, to Defendant's motion for summary judgment because it is in contravention of this Court's August 5, 2024 endorsement order, *see* ECF No. 116. *See generally* Def.'s Mot. 1, ECF No. 133. Defendant complied with this Court's order and filed responsive briefing within the 10-page limit agreed upon by the parties; but Plaintiff exceeded this limit by filing a 13-page responsive brief.

Accordingly, Plaintiff is ORDERED *either* (1) to file a response letter—not to exceed two pages—to Defendant's motion to strike, *or* (2) to file amended opposition briefing—not to exceed 10 pages—to Defendant's motion for summary judgment. Plaintiff's filing in response to this Order is due by September 18, 2024.

SO ORDERED.

Dated: September 17, 2024
       New York, New York

_____
DALE E. HO
United States District Judge