Application **DENIED** as moot in light of Plaintiff's amended filing, *see* ECF No. 135, in conformity with the parties' agreed upon page limits, *see* ECF No. 116. The Clerk of Court is respectfully directed to terminate ECF No. 132. So Ordered.

Dale E. Ho
United States District Judge
Dated: September 19, 2024
New York, New York

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSTELLATION NEWENERGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WEST SIDE MANHATTAN REAL ESTATE, LLC,<br><br>Defendant.<br><br>WEST SIDE MANHATTAN REAL ESTATE, LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JOHN HAJJAR, M.D., REGENT MEDICAL PROPERTIES LLC, and BARTON SCHACK,<br><br>Third-Party Defendants, | Civ. A. No. 1:20-CV-08448<br><br>**NOTICE OF<br>MOTION TO STRIKE** |

**PLEASE TAKE NOTICE THAT**, on October 7, 2024, or on a date and at a time thereafter to be determined by the Court, the Defendant in the above-captioned matter, WEST SIDE MANHATTAN REAL ESTATE, LLC by its undersigned counsel, **SHALL MOVE** before the Honorable Dale E. Ho, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, for an **ORDER STRIKING** in its entirety the memorandum of law (ECF Doc. 126) that the plaintiff, Constellation NewEnergy Inc. has filed in opposition to WSMRE's pending motion for summary judgment; and

**PLEASE TAKE FURTHER NOTICE THAT** in support of this motion, Defendant shall rely on the accompanying Memorandum of Law.

Dated: September 16, 2024

    Respectfully submitted,

    Wilson Elser Moskowitz Edelman & Dicker LLP

    By:    /s/ Thomas A. Gentile
           THOMAS A. GENTILE

    Thomas A. Gentile (TG-6939)
    7 Giralda Farms
    Madison, New Jersey 07940
    Phone: (973) 735-5785
    Fax: (973) 624-0808

    Attorneys for Defendant
    WEST SIDE MANHATTAN REAL ESTATE, LLC