IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CONSTELLATION NEWENERGY, INC., | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO.  1:20-CV-08448 |
| WEST SIDE MANHATTAN REAL ESTATE LLC, | § § § § | |
| *Defendant.* | § § | |

## FINAL JUDGMENT

Per the Court's Opinion and Order (Dkt. 137), the Court enters this Judgment in favor of Plaintiff Constellation NewEnergy, Inc. ("Constellation") and against Defendant West Side Manhattan Real Estate LLC ("West Side"). Constellation shall recover the following from West Side:

(1)    Damages in the principal sum of $1,244,364.53;

(2)    Post-judgment interest on the principal sum of $1,244,364.53 at a rate of 1.5% per month from the date this Judgment is entered by the Court until paid in full;

(3)    Prejudgment interest through February 10, 2026 in the amount of $1,196,635.48, plus prejudgment interest in the amount of $613.66 per day from February 10, 2026 through the date this Judgment is entered by the Court; and

(4)    $164,519.51 in attorneys' fees, expenses, and costs of court.

This Judgment constitutes a final, appealable judgment resolving all claims in this lawsuit, and so all other relief the parties requested, if not granted herein or by prior ruling, is denied.

It is further ordered that Constellation shall be allowed all writs of process, possession, and other orders necessary to enforce and execute this Judgment.

**The Court concludes that the interest calculations herein are correct.  Neither the force majeure clause nor the stay of this matter for the duration of criminal proceedings allow the Court to toll the accumulation of interest.  *See Morse/Diesel, Inc. v. Trinity Indus., Inc.*, 875 F. Supp. 165, 174 (S.D.N.Y. 1994).  Accordingly, Final Judgment is awarded as stated herein.    SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: March 10, 2026
New York, New York